■ FIRST NATIONAL BANK OF ALLENTOWN, as Executor of ROBERT H. GILBERT, Deceased, and as Executor of JOYCE M. GILBERT, Deceased, and as Testamentary Guardian of the Estates of JEFFREY E. GILBERT and another, Infants, Respondent, v. PAN AMERICAN WORLD AIRWAYS, INC., Appellant.— Order, entered on March 16, 1965, unanimously reversed, on the law, on the facts and in the exercise of discretion, with $30 costs and disbursements to appellant, and defendant's motion for a protective order granted, with $10 costs, without prejudice to renewal of proceedings for discovery and inspection following completion of examinations before trial. (See *Rios* v. *Donovan*, 21 A D 2d 409.) Settle order on notice. Concur — Breitel, J. P., Rabin, Valente, Stevens and Eager, JJ.